**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: April 8, 2015**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Re:

CHAD S HENDERSHOT            Case No. 14-55404
                                             Chapter 7
      Debtor                           Judge C. Kathryn Preston
                                             SSN: xxx.xx.8313

### ORDER TO REOPEN CASE WITH APPOINTMENT (#14) OF TRUSTEE DEFERRING FILING FEE PENDING RECOVERY OF ASSETS

      This matter is before the Court on the Motion **(#14)** filed on **April 1, 2015**, for an Order to reopen the Estate pursuant to 11 U.S.C. §350(b) and Directing Appointment of a Case Trustee by the Office of the U.S. Trustee, filed by Brent A. Stubbins, the former Case Trustee in this case. Notice beyond that given by Applicant being unnecessary, and it being appropriate to reopen this case to administer assets, and no timely objection having been filed or served, it is hereby:

**ORDERED**, that the within bankruptcy case shall be reopened to administer assets for the benefit of creditors, with the payment of the filing fee deferred pending collection of the assets , and it is further:

**ORDERED,** that the Office of the U.S. Trustee shall appoint a Chapter 7 Trustee.

**IT IS SO ORDERED:**

COPIES TO: All Creditors and Parties in Interest

# # #

```
                           United States Bankruptcy Court
                              Southern District of Ohio
In re:                                                              Case No. 14-55404-ckp
Chad S Hendershot                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0648-2          User: chipmanm           Page 1 of 2           Date Rcvd: Apr 08, 2015
                              Form ID: pdf01           Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2015.
db             +Chad S Hendershot,    PO Box 642,    Dresden, OH 43821-0642
17128696       ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
                 (address filed with court:   Choice Recovery,    1550 Old Henderson Rd St,    Columbus, OH 43220)
17128694       +Chase Bank,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
17128699        Community Bank,    1650 Northpointe Drive,    Zanesville, OH 43701
17128700       +Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
17128701        Dept of Treasury,    Financila Mgmt Service,    PO Box 830794,    Birmingham, AL 35283-0794
17128703        Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
17128704       +Experian National Consumer Assistance,    P.O. Box 2002,    Allen, TX 75013-2002
17128705       +Fidelity Properties In,    Po Box 2055,    Alliance, OH 44601-0055
17128708        Genesis Emergency Physicians,    P.O. Box 182444,    Columbus, OH 43218-2444
17128709        Genesis Healthcare,    P.O. Box 951540,    Cleveland, OH 44193-0017
17128710        Genesis Primary Care Pysicians,    PO Box 182418,    Columbus, OH 43218-2418
17128711        Great Lakes Program Service Center,    600 W Madison St,    Chicago, IL 60661-2474
17128714       +Meade & Associates,    737 Enterprise Dr,    Westerville, OH 43081-8841
17128715       +NTB/CBSD,    CitiCards Private Label Centralized Bank,    Po Box 20507,
                 Kansas City, MO 64195-0507
17128716       ++OHIO BUREAU OF WORKERS COMPENSATION,    LAW SECTION BANKRUPTCY UNIT,    P O BOX 15567,
                 COLUMBUS OH 43215-0567
                 (address filed with court:   Ohio Bureau of Workers' Compensation,
                 Attn: Law Section Bankruptcy Unit,    PO Box 15567,    Columbus, OH 43215-0567)
17128717        Ohio Department of Taxation,    Attn: Bankruptcy Division,    P.O. Box 530,
                 Columbus, OH 43266-0030
17128718       +Ohio Psychiatric Assoc,    P.O. Box 816,    Zanesville, OH 43702-0816
17128719        Primecare of SEO, Inc.,    860 Bethesda Drive,    Zanesville, OH 43701-1800
17128720       +Radiology Assoc of S.E.O, Inc.,    838 Market Street,    P.O. Box 250,
                 Zanesville, OH 43702-0250
17128721       +The Ohio Dept. of Job & Family Services,    30 E. Braod Street,    32nd Floor,
                 Columbus, OH 43215-3414
17128722       +Transunion,    P.O. Box 2000,    Chester, PA 19016-2000
17128723       +United Consumer Financial Services,    865 Bassett Rd,    Westlake, OH 44145-1194
17128692       +c/o Attorney General - Rev Rec,    Attn: BK Staff/Collections Enforcement,
                 150 E Gay Street 21st Floor,    Columbus, OH 43215-3191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Apr 08 2015 19:26:11
                 United Consumer Financial Services,    c/o Bass & Associates, P.C.,
                 3936 E Ft Lowell Rd, Ste 200,    Tucson, AZ 85712-1083
17128691       +E-mail/PDF: cbp@springleaf.com Apr 08 2015 19:29:35
                 American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IN 47731-3251
17128693       +E-mail/Text: mallen@centurynationalbank.com Apr 08 2015 19:26:11      Century National Bank,
                 14 S 5th St,    Zanesville, OH 43701-3526
17128695       +Fax: 602-659-2196 Apr 08 2015 19:38:49      Chex Systems,    7805 Hudson Rd., Suite 100,
                 Woodbury, MN 55125-1703
17128698        E-mail/Text: bankruptcydept@wyn.com Apr 08 2015 19:28:13      Club Wyndhan Plus Cash Mgmt,
                 PO Box 340090,    Boston, MA 02241-0490
17128702       +E-mail/PDF: mrdiscen@discover.com Apr 08 2015 19:35:17      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
17128707       +E-mail/PDF: gecsedi@recoverycorp.com Apr 08 2015 19:29:47      GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
17128706       +E-mail/PDF: gecsedi@recoverycorp.com Apr 08 2015 19:29:47      Gecrb/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
17128712       +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 08 2015 19:28:31      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
17128713       +E-mail/Text: cio.bncmail@irs.gov Apr 08 2015 19:26:31      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
17128724        E-mail/Text: bankruptcydept@wyn.com Apr 08 2015 19:28:13      Wyndham Vacation Resorts,
                 PO Box 98940,    Las Vegas, NV 89193-8940
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17128697*      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
                 (address filed with court:   Choice Recovery,    1550 Old Henderson Rd St.,    Columbus, OH 43220)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0648-2          User: chipmanm            Page 2 of 2             Date Rcvd: Apr 08, 2015
                              Form ID: pdf01            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2015 at the address(es) listed below:
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Brent A Stubbins     bstubbins@zanesville.law.pro,   bs@trustesolutions.com;bs@trustesolutions.net
              Mitchell   Marczewski    on behalf of Debtor Chad S Hendershot mitch9999@sbcglobal.net,
               marczewski99@gmail.com
                                                                                            TOTAL: 3
```